

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00218-CV

---

Frank W. Fouts, IV and Sheila D. Stibolt, Appellants

v.

Kurt W. Muench, Lance A. Muench, Mark A. Muench,
and UpCurve Energy Partners, LLC, Appellees

---

On Appeal from the 143rd Judicial District Court
Reeves County, Texas
Trial Court No. 19-09-23159-CVR

---

### JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 24th day of November 2025.


LISA J. SOTO, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.